THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARSHALL ARMSTRONG | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-150-SDJ-BD |
| | § | |
| WALMART INC., ET AL. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of the United States Magistrate Judge filed in this matter on this date, it is

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby **DENIED.**

**So ORDERED and SIGNED this 24th day of July, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE